# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LOREN CULVER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:19cv00359<br><br>(CAPUTO, J.)<br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 27th day of November, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion to set aside default (Doc. 12) is **GRANTED**;

2. The summons served on non-party Lackawanna Valley Dermatology Associates (Doc. 7) on March 7, 2019, is **QUASHED**;

3. The Clerk's entry of default (Doc. 10) is **VACATED**; and

4. The defendants shall respond to the complaint **within 60 days** after the date of this Order.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge